■ IRA B. ROBINS et al., Appellants, v ELEANOR C. PATTISON et al., Respondents. — Appeals from two orders of the Supreme Court, New York County (David Edwards, Jr., J.), entered on November 3, 1983 and August 14, 1984, respectively, unanimously dismissed as nonappealable, without costs and without disbursements. No opinion. Concur — Ross, J. P., Carro, Bloom and Fein, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN HILL, True Name ROBERT ELLIS, Appellant. — Judgment, Supreme Court, New York County (Dennis Edwards, Jr., J.), rendered on April 28, 1981, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur — Ross, J. P., Carro, Bloom and Fein, JJ.

■ In the Matter of RICHARD S. MAGGIO, Petitioner, v ARNOLD G. FRAIMAN et al., Respondents. — Application for a writ of prohibition denied and the cross motion to dismiss the petition granted, without costs and without disbursements. No opinion. Concur — Ross, J. P., Carro, Bloom and Fein, JJ.

■ In the Matter of ROBERT W. MAGGIO, Petitioner, v ARNOLD G. FRAIMAN et al., Respondents. — Application for a writ of prohibition denied and the cross motion to dismiss the petition is granted, without costs and without disbursements. No opinion. Concur — Ross, J. P., Carro, Bloom and Fein, JJ.

■ MORRIS L. CINER, Appellant, v CAMBRIDGE MUTUAL FIRE INSURANCE COMPANY, Respondent. — Appeal from order of the Supreme Court, New York County (Richard Wallach, J.), entered on May 22, 1984, unanimously dismissed as nonappealable, without costs and without disbursements. No opinion. Concur — Kupferman, J. P., Sullivan, Asch, Milonas and Kassal, JJ.

■ SAN REMO GIFTS, INC., Appellant-Respondent, v NEW YORK CITY DEPARTMENT OF CONSUMER AFFAIRS, Respondent-Appellant. — Judgment, Supreme Court, New York County (Peter McQuillan, J.), entered on December 2, 1983, unanimously affirmed, without costs and without disbursements. Appeal from order of said court (Eugene Wolin, J.), entered on May 30, 1984, is deemed as a transferred CPLR article 78 proceeding and petitioner's application to annul respondent's determination is denied and the petition dismissed, without costs and without disbursements. No opinion. Concur — Kupferman, J. P., Sullivan, Asch, Milonas and Kassal, JJ.